IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| VALERIE G. DOMBROWSKI, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. |
| | : 2:11-CV-0276-RWS |
| LUMPKIN COUNTY, *et al.*, | : |
| Defendants. | : |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [130] of Magistrate Judge J. Clay Fuller.  After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court.  Accordingly, Defendant's Motion for Summary Judgment [96] is hereby **GRANTED** as to Plaintiff's Title VII gender discrimination claim.  The Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state law claims, and said claims are **DISMISSED WITHOUT PREJUDICE**. Plaintiff's Motion for Sanctions [91] is **DENIED**.  The Clerk shall close the case.

AO 72A
(Rev.8/82)

**SO ORDERED**, this __13th__ day of May, 2013.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE